# MK

## MANNING | KASS

100 WALL STREET
SUITE 700
NEW YORK, NEW YORK 10005
Tel:  (212) 858-7769
Fax:  (212) 858-7543
ManningKass.com

September 9, 2025

VIA ECF

Hon. Robert M. Levy
United States Magistrate Judge
United States District Court
for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:**   *Allstate Ins. Co., et al v. Q Pharmacy RX Inc, et al.,* **24-cv-6617 (ENV)(RML)**

Dear Judge Levy:

     We represent Plaintiffs in the above-referenced matter, and along with Defendants, respectfully  request that the Status Conference in this matter, presently set for September 11, 2025, be adjourned *sine die* (see ECF Order dated February 24, 2025).  The parties are pleased to advise the Court that they have reached an agreement in principle to resolve this matter and require the requested time to finalize the terms of the settlement. The parties anticipate that the settlement will be complete within the next thirty (30) days.  Upon completion of the settlement, Plaintiffs will promptly file a Stipulation of  Voluntary Dismissal concerning the named Defendants and a Notice of Voluntary Dismissal for the John Doe and ABC Corporation Defendants.

     This is the first request for adjournment of this Status Conference. We thank the Court for its attention to this matter.

Respectfully Submitted,

**MANNING & KASS, ELLROD, RAMIREZ,
TRESTER LLP**

*/s/   Madison Forsander*
Madison Forsander, Esq.

**DALLAS**
901 Main Street, Ste 6330
Dallas, TX 75202
(214) 953-7669
4911-6872-8807.2

**LOS ANGELES**
801 S. Figueroa St, 15th Floor
Los Angeles, CA 90017
(213) 624-6900

**ORANGE COUNTY**
695 Town Center Dr., Ste 400
Costa Mesa, CA 92626
(949) 440-6690

**PHOENIX**
2700 N. Central Ave., Ste 870
Phoenix, AZ 85004
(602) 313-5469

**SAN DIEGO**
225 Broadway, Suite 1200
San Diego, CA 92101
(619) 515-0269

**SAN FRANCISCO**
101 Montgomery Street, Suite 2550
San Francisco, CA 94104
(415) 217-6990