Exhibit "4"
Stipulation of Dismissal

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ET AL.,<br><br>                                    Plaintiffs,<br><br>-against-<br><br>Q PHARMACY RX INC, ET AL.,<br><br>                                    Defendants. | 24-cv-6617<br><br>STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE SOLELY AS TO Q PHARMACY RX INC AND BORIS YUSUPOV |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, as follows:

1.      Any and all claims and defenses by and between Allstate Insurance Company, Allstate Fire and Casualty Insurance Company, Allstate Indemnity Company, and Allstate Property and Casualty Insurance Company (collectively "Plaintiffs"), on the one hand, and Q Pharmacy RX Inc and Boris Yusupov ("Defendants"), on the other, are hereby voluntarily dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

2.      Plaintiffs and Defendants shall pay their own costs and attorneys' fees.

3.      This Stipulation and Order of Voluntary Dismissal is solely limited to discontinuing claims by and between the parties hereto.

1

Dated: New York, New York
~~June ___, 2025~~
October 6, 2025

**MANNING & KASS, ELLROD, RAMIREZ, TRESTER LLP**

By:_____
Robert A. Stern, Esq.
James A. McKenney, Esq.
Lee Pinzow, Esq.
Sherry N. Glover, Esq.
100 Wall Street, Suite 700
New York, New York 10005
*Counsel for Plaintiffs Allstate Insurance Company,*
*Allstate Fire and Casualty Insurance Company,*
*Allstate Indemnity Company and Allstate Property*
*and Casualty Insurance Company*

**SCHWARTZ, CONROY & HACK, PC**

By:_____
Robert E.B. Hewitt, III, Esq.
Matthew J. Conroy, Esq.
666 Old Country Road
9th Floor
Garden City, NY 11530
*Counsel for Q Pharmacy RX Inc*
*and Boris Yusupov*

2