**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **ALLSTATE INSURANCE COMPANY, ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, AND ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY,**<br><br>**Plaintiffs,**<br><br>-against-<br><br>**Q PHARMACY RX INC, BORIS YUSUPOV, JOHN DOES 1 THROUGH 5 AND ABC CORPORATIONS 1 THROUGH 5**<br><br>**Defendants.** | **24-cv-6617 (ENV) (RML)**<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(I)** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Allstate Insurance Company, Allstate Fire and Casualty Insurance Company, Allstate Indemnity Company, and Allstate Property and Casualty Insurance Company (collectively "Plaintiffs"), and their counsel, hereby give notice that the above-captioned action is voluntarily dismissed without prejudice against Defendants John Does 1 through 5 and ABC Corporations 1 through 5 ("Defendants").

Dated: October 6, 2025
      New York, New York

 

**MANNING & KASS, ELLROD, RAMIREZ,**
  **TRESTER LLP**

By:  /s/ Lee Pinzow_____
    Robert A. Stern, Esq.
    James A. McKenney, Esq.
    Lee Pinzow, Esq.
    *Counsel for Plaintiffs*
    100 Wall Street Suite 700
    New York, New York10005